**COHEN JOHNSON**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No. 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ENERKON SOLAR INTERNATIONAL, INC.,
a Nevada corporation,

        Plaintiff,

v.

JOHN V. CAPPELLO, an individual;
STUDEBAKER DISTRIBUTION CORP., a
revoked Wyoming corporation; CATHY D.
COLLINS., as trustee of STUDEBAKER
DISTRIBUTION CORP and individually;
VASTHI AVILA, an individual;
STREAMWORX, LLC, a Wyoming revoked
limited liability company; JONATHAN
BAKER, as trustee of STREAMWORX, LLC
and individually; EXCELSIOR
CONSULTANTS, INC., a revoked Wyoming
corporation; JEFF GREENEY, as trustee of
EXCELSIOR CONSULTANTS, INC. and
individually; SEA FRIENDS
INCORPORATED, a New York non-profit
corporation; MICHAEL STUDER, an
individual; LUCIOUS GLENN, an individual;
JOHN BAUSCHKA, an individual; DOE
INDIVIDUALS 1 through 5, inclusive; and
ROE BUSINESS ENTITIES 6 through 10,
inclusive;

        Defendants.

Case No.: 2:21-cv-01122-JCM-VCF

**STIPULATION AND ORDER TO
CONTINUE BRIEFING ORDER ON
MOTION TO DISMISS**

COHEN JOHNSON
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

1

Plaintiff, by and through its counsel of record, Kevin Johnson, Esq. of Cohen Johnson, and Defendants Michael Studer and Sea Friends Incorporated, by and through their counsel of record Matthew K. Schriever, Esq. of the Firm The Amin Law Group, hereby stipulate that the Opposition to Defendants' Motion to Dismiss shall be due on September 24th, 2021 and Defendants Reply will be due on October 4th, 2021.

DATED this 8th day of September 2021.

**COHEN JOHNSON**

  /s/ Kevin M. Johnson
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No. 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff*

DATED this 8th day of September 2021.

**THE AMIN LAW GROUP**

/s/ Matthew K. Schriever
ISMAIL AMIN, ESQ.
Nevada Bar No. 9343
iamin@talglaw.com
MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 10745
mschriever@talglaw.com
3753 Howard Hughes Parkway, Ste 200
Las Vegas, NV 89169
*Attorneys for Defendants Michael Studer and Sea Friends Incorporated*

ORDER

Based upon the stipulation of the parties and good cause appearing, the briefing schedule for Defendants shall be set as follows:

Plaintiff's Opposition shall be due no later than September 24th, 2021.

Defendants' Reply shall be due no later than October 4th, 2021.

 DATED September 13, 2021.

_____
UNITED STATES DISTRICT JUDGE

COHEN JOHNSON
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400