**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ENERKON SOLAR INTERNATIONAL, INC., a Nevada corporation,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOHN V. CAPPELLO, an individual, et al.,<br><br>    Defendant(s). | 2:21-CV-01122-JCM-VCF<br>**ORDER** |

Before the court is Plaintiff's ex parte application to serve publication and to extend the time for service (ECF No. 48). Since this motion is filed as *ex-parte*, Defendants received no notice of the filing of instant motion through CM/ECF. Plaintiff has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Plaintiff has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendants.

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's ex parte application to serve publication and to extend the time for service (ECF No. 48) must filed on or before October 8, 2021. Any reply must be filed on or before October 15, 2021.

The Clerk of Court is directed to remove the ex parte status Plaintiff's ex parte application to serve publication and to extend the time for service (ECF No. 48).

DATED this 24th day of September 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE