**COHEN JOHNSON**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No. 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENERKON SOLAR INTERNATIONAL, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. CAPPELLO, an individual; STUDEBAKER DISTRIBUTION CORP., a revoked Wyoming corporation; CATHY D. COLLINS., as trustee of STUDEBAKER DISTRIBUTION CORP and individually; VASTHI AVILA, an individual; STREAMWORX, LLC, a Wyoming revoked limited liability company; JONATHAN BAKER, as trustee of STREAMWORX, LLC and individually; EXCELSIOR CONSULTANTS, INC., a revoked Wyoming corporation; JEFF GREENEY, as trustee of EXCELSIOR CONSULTANTS, INC. and individually; SEA FRIENDS INCORPORATED, a New York non-profit corporation; MICHAEL STUDER, an individual; LUCIOUS GLENN, an individual; JOHN BAUSCHKA, an individual; DOE INDIVIDUALS 1 through 5, inclusive; and ROE BUSINESS ENTITIES 6 through 10, inclusive;<br><br>Defendants. | Case No.: 2:21-cv-01122-JCM-VCF<br><br>**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT** |

1

Plaintiff, by and through its counsel of record, Kevin Johnson, Esq. of Cohen Johnson, and Defendants Michael Studer and Sea Friends Incorporated, by and through their counsel of record Matthew K. Schriever, Esq. of the Firm The Amin Law Group, NV., Ltd., hereby stipulate that Plaintiffs shall have until October 8th, 2021 to file an amended pleading in this matter.

DATED this 4th day of October 2021.

**COHEN JOHNSON**

/s/ Kevin M. Johnson
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No. 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff*

DATED this 4th day of October 2021.

THE AMIN LAW GROUP, NV., LTD.

/s/ Matthew K. Schriever
ISMAIL AMIN, ESQ.
Nevada Bar No. 9343
iamin@talglaw.com
MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 10745
mschriever@talglaw.com
3753 Howard Hughes Parkway, Ste 200
Las Vegas, NV 89169
*Attorneys for Defendants Michael Studer and Sea Friends Incorporated*

ORDER

Based upon the stipulation of the parties and good cause appearing, Plaintiff shall have until October 8th, 2021 to file an amended pleading.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of October 2021.