Ismail Amin (9343)
Matthew K. Schriever (10745)
**THE AMIN LAW GROUP, NV, LTD.**
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: 702-990-3583
iamin@talglaw.com
mschriever@talglaw.com

*Attorneys for Defendant*
MICHAEL STUDER and
SEA FRIENDS INCOPORATED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENERKON SOLAR INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN V. CAPPELLO, an individual; STUDEBAKER DISTRIBUTION CORP., a revoked Wyoming corporation; CATHY D. COLLINS, as trustee of STUDEBAKER DISTRIBUTION CORP and individually, VASTHI AVILA, an individual; STREAMWORX, LLC, a Wyoming revoked limited liability company; JONATHAN BAKER, as trustee of STREAMWORX, LLC and individually; EXCELSIOR CONSULANTS, INC., a revoked Wyoming corporation; JEFF GREENEY, as trustee of EXCELSIOR CONSULTANTS, INC. and individually; SEA FRIENDS INCOPORATED, a New York non-profit corporation; MICHAEL STUDER, an individual; LUCIOUS GLENN, an individual; JOHN BAUSCHKA, an individual; DOE INDIVIDUALS 1 through 5; inclusive; and ROE BUSINESS ENTITITES 6 through 10, inclusive <br><br> Defendants. | Case No.: 2:21-cv-01122-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT** |

Michael Studer and Sea Friends Incorporated ("Defendants"), by and through their counsel of record Ismail Amin of The Amin Law Group, NV, Ltd. and Enerkon Solar International,

Inc. ("Plaintiff"), by and through its counsel of record, Kevin Johnson, Esq. of Cohen Johnson, hereby stipulate that Defendants shall have until November 5, 2021 to respond to Plaintiff's Amended Complaint.

DATED this 22nd day of October 2021.                    DATED this 22nd day of October 2021

**COHEN JOHNSON**                                        **THE AMIN LAW GROUP, NV, LTD.**

 /s/ Kevin M. Johnson                                    /s/ Ismail Amin
H. STAN JOHNSON, ESQ.                                   ISMAIL AMIN, ESQ.
Nevada Bar No. 00265                                    Nevada Bar No. 9343
sjohnson@cohenjohnson.com                               iamin@talglaw.com
KEVIN M. JOHNSON, ESQ.                                  MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 14551                                    Nevada Bar No. 10745
kjohnson@cohenjohnson.com                               mschriever@talglaw.com
375 E. Warm Springs Road, Suite 104                     5852 S. Durango Dr., Suite 105
Las Vegas, Nevada 89119                                 Las Vegas, NV 89113
*Attorneys for Plaintiff*                               *Attorneys for Defendants Michael Studer and Sea Friends Incorporated*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  10-25-2021