**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ENERKON SOLAR INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br> JOHN V. CAPPELLO, an individual; STUDEBAKER DISTRIBUTION CORP., a revoked Wyoming corporation; CATHY D. COLLINS., as trustee of STUDEBAKER DISTRIBUTION CORP and individually; VASTHI AVILA, an individual; STREAMWORX, LLC, a Wyoming revoked limited liability company; JONATHAN BAKER, as trustee of STREAMWORX, LLC and individually; EXCELSIOR CONSULTANTS, INC., a revoked Wyoming corporation; JEFF GREENEY, as trustee of EXCELSIOR CONSULTANTS, INC. and individually; SEA FRIENDS INCORPORATED, a New York non-profit corporation; MICHAEL STUDER, an individual; LUCIOUS GLENN, an individual; JOHN BAUSCHKA, an individual; DOE INDIVIDUALS 1 through 5, inclusive; and ROE BUSINESS ENTITIES 6 through 10, inclusive, <br><br> Defendant(s). | 2:21-cv-01122-JCM-VCF <br> **<u>ORDER</u>** |

Before the court is *Enerkon Solar International, Inc. v. John V. Cappello, et al.*, case number 2:21-cv-01122-JCM-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before February 25, 2022.

DATED this 9th day of February, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE