Matthew K. Schriever (10745)
**SCHRIEVER LEGAL, PLLC**
4955 South Durango Drive, Ste 174
Las Vegas, NV 89113
Telephone:  702-525-1364
Facsimile:  702-973-7170
Email:  matt@schrieverlegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ENERKON SOLAR INTERNATIONAL, INC. a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>JOHN V. CAPPELLO, *et al.*,<br><br>Defendants | Case No.: 2:21-cv-01122-JCM-VCF<br><br>**ORDER GRANTING MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |

The Court hereby grants the Motion filed by Matthew K. Schriever and the Clerk of the Court is directed to discontinue notice in these proceedings by removing Matthew K. Schriever, and ONLY Matthew K. Schriever, from the CM/ECF Service List.

IT IS SO ORDERED.

Dated this 15th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**SCHRIEVER LEGAL, PLLC**

/s/ Matthew K. Schriever
Matthew K. Schriever (10745)
4955 S. Durango Dr., Ste 174
Las Vegas, NV 89113