# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ENERKON SOLAR INTERNATIONAL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN V. CAPPELLO, et al., <br><br> Defendant(s). | 2:21-cv-01122-JCM-VCF <br><br> **ORDER** |

Before the Court is the motion to withdraw as attorneys of record for plaintiff (ECF No. 79).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to withdraw as attorneys of record for plaintiff (ECF No. 79), is scheduled for 3:00 PM, August 25, 2022, in Courtroom 3D, Lloyd D. George federal courthouse, United States District Court, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that an officer, director, or managing agent must appear in person for the scheduled hearing.

DATED this 18th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE