UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ENERKON SOLAR INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN V. CAPELLO, *et al.,* <br><br> Defendants. | Case No. 2:21-cv-01122-JCM-VCF <br><br> ORDER |

Presently before the court is Magistrate Judge Cam Ferenbach's report and recommendation ("R&R"). (ECF No. 93). He recommends that the case be dismissed for failure to prosecute. Specifically, he notes that plaintiff has failed to appear for two separate hearings, and recommends that default judgment be entered in favor of counter claimants Sea Friends Incorporated and Michael Studer.

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Ferenbach's R&R (ECF No. 93) be, and the same hereby is, ADOPTED, in full.

1

1   IT IS FURTHER ORDERED that this case be DISMISSED for want of prosecution.

2   The clerk is instructed to enter judgment accordingly and close the case.

3   DATED THIS 2nd day of November 2022.

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE